## SAVANNAH, FLORIDA & WESTERN RAILWAY COMPANY *v.* BARNWELL.

*Simmons, C. J.*—Under the decision in *Western Union Telegraph Company* v. *Jackson*, 98 *Ga.* 207, this court has no jurisdiction of a writ of error from the city court of Lowndes county, it having been established upon the recommendation of a grand jury, under the general law providing for the establishment of city courts.                    *Writ of error dismissed.*

Submitted November 17,—Decided November 30, 1896

*Erwin, duBignon & Chisholm, S. T. Kingsbery* and *Wilkinson & Cranford*, for plaintiff in error.

*J. A. Whitaker* and *O. M. Smith*, contra.